WILLIAM M. CROSBY (SBN: 49357)
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 544-2493
Email: wcrosby@wcrosbylaw.com

Attorney for Plaintiff and Cross-Defendant
RODOLFO SAINS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO SAINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> BUILDER SERVICES NETWORK, INC., a Nevada corporation; DOES I through X, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | CASE NO. 2:23-cv-02755-DJC-KJN <br><br> **ORDER REMANDING ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF STANISLAUS** |

**ORDER**

GOOD CAUSE appearing therefore, it is ordered that this action be remanded back to the Superior Court of the State of California for the County of Stanislaus, forthwith.

IT IS SO ORDERED.

Dated: January 2, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE